# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IRWIN J. LIPTON, Derivatively on Behalf of WORLD ACCEPTANCE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ALEXANDER MCLEAN, III, JOHN L. CALMES, JR., KELLY M. MALSON, MARK C. ROLAND, JAMES R. GILREATH, CHARLES D. WAY, KEN R. BRAMLETT, JR., SCOTT J. VASSALLUZZO, and DARRELL E. WHITAKER,<br><br>        Defendants,<br><br>    -and-<br><br>WORLD ACCEPTANCE CORPORATION, a South Carolina corporation,<br><br>        Nominal Defendant. | Civil Action No.: 6:15-cv-02796-MGL<br><br>**ORDER** |

As set forth in the parties' joint motion, Plaintiff Irwin J. Lipton and Defendants A. Alexander Mclean, III, John L. Calmes, Jr., Kelly M. Malson, Mark C. Roland, James R. Gilreath, Charles D. Way, Ken R. Bramlett, Jr., Scott J. Vassalluzzo, Darrell E. Whitaker, and World Acceptance Corporation have jointly moved for the following schedule:

1. All Defendants shall file their response to the Complaint on or before October 16, 2015, so that all Defendants will have a uniform response date;

2. If any Defendant moves to dismiss the Complaint, Plaintiff shall respond on or before November 20, 2015; and

3. Defendants shall file any reply by December 10, 2015.

For good cause shown, the joint motion is granted.

2

**IT IS SO ORDERED**.

August 24, 2015                             s/ Mary G. Lewis
Columbia, South Carolina                United States District Judge

2