# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE WORLD ACCEPTANCE CORPORATION DERIVATIVE LITIGATION | Lead Case No. 6:15-cv-02796-MGL |
| | (Derivative Action) |
| This Document Relates To:<br><br>ALL ACTIONS. | **CONSENT ORDER REVISING RESPONSE AND BRIEFING SCHEDULE** |

This cause comes before the Court on the Consent Motion To Revise Response and Briefing Schedule (the "Motion") filed by Defendants A. Alexander McLean, III, John L. Calmes, Jr., Kelly M. Malson, Mark C. Roland, James R. Gilreath, Charles D. Way, Ken R. Bramlett, Jr., Scott J. Vassalluzzo, and Darrell E. Whitaker, and Nominal Defendant World Acceptance Corporation (collectively, "Defendants"), together with Plaintiffs Irwin Lipton and Paul Parshall ("Plaintiffs"). The Court having reviewed the Motion, and good cause appearing to grant it, the Court hereby ORDERS that:

(1) Defendants' response to the Amended Complaint [*Dkt. No. 55*] shall be filed on or before April 13, 2016;

(2) Plaintiffs' opposition to any motion(s) to dismiss that Defendants may file shall be filed on or before June 2, 2016; and

(3) Defendants' reply memoranda in support of any motion(s) shall be filed on or before July 1, 2016.

SO ORDERED this 2nd day of March, 2016.

                                                  s/Mary Geiger Lewis
                                                  MARY GEIGER LEWIS
                                                  UNITED STATES DISTRICT JUDGE