AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

IN RE WORLD ACCEPTANCE CORPORATION DERIVATIVE LITIGATION )  
)  
)  
v. )  Civil Action No.    6:15-cv-02796-MGL  
)  
This Document Relates To:

(Derivative Action)

ALL ACTIONS

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendants' motions to dismiss are granted.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:    February 28, 2017                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/Ashley Buckingham
                                                        *Signature of Clerk or Deputy Clerk*