**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE WORLD ACCEPTANCE CORPORATION DERIVATIVE LITIGATION | Lead Case No. 6:15-cv-02796-MGL <br><br> (Derivative Action) |
| This Document Relates To: <br><br> ALL ACTIONS | **ORDER GRANTING JOINT MOTION FOR INDICATIVE RULING REGARDING PRELIMINARY APPROVAL OF SETTLEMENT** |

This matter came before the Court upon the joint motion of the parties pursuant to Fed. R. Civ. P. 62.1. The parties jointly request an indicative ruling from this Court that, upon limited remand from the 4th Circuit Court of Appeals, this Court will grant preliminary approval of the proposed settlement of this putative shareholder derivative action pursuant to Fed. R. Civ. P. 23.1(c), and schedule a final approval hearing after notice to the shareholders. Having considered the joint motion, and the motion for preliminary approval of the settlement filed concurrently therewith, the Court is of the opinion, and so finds, that if the case is remanded to it by the 4th Circuit Court of Appeals, it will grant the relief requested.

**IT IS SO ORDERED**.

Signed this 17th day of August, 2017, in Columbia, South Carolina.

> s/ Mary Geiger Lewis
> MARY GEIGER LEWIS
> UNITED STATES DISTRICT JUDGE