# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| IN RE WORLD ACCEPTANCE CORPORATION DERIVATIVE LITIGATION<br>*Plaintiffs*<br><br>v.<br><br>This Document Relates To:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:15-cv-02796-MGL<br><br>(Derivative Action) |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: The Settling Parties are hereby directed to implement and consummate the Settlement according to the terms and provisions of the Stipulation. The Derivative Action and all claims contained therein, as well as all of the Released Claims, are dismissed on the merits and with prejudice. The Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation and in this Judgment. The Court hereby approves the Fee and Expense Amount and Service Award in accordance with the Stipulation.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date: November 8, 2017     *ROBIN L. BLUME, CLERK OF COURT*

                                             s/Ashley Buckingham
                                    *Signature of Clerk or Deputy Clerk*